IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| In the Matter of the Search of<br><br>Information Associated with Kik Account with Username "bigdirtymac" | Case No. 3:22-mj-00523-KFR<br><br>**FILED UNDER SEAL** |



### ATTACHMENT A
### Location to be Searched

This warrant applies to information associated with the Kik account with username "bigdirtymac" which is stored at premises owned, maintained, controlled, or operated by MediaLab.AI Inc., a company headquartered in Santa Monica, California.