IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| In the Matter of the Search of<br><br>Information Associated with Kik Account with Username "bigdirtymac" | Case No. 3:22-mj-00523-KFR<br><br>**FILED UNDER SEAL** |

**ATTACHMENT B**
**Items to be Searched for and Seized**

**I. Information to be Disclosed by MediaLab**

To the extent that the information described in Attachment A is within the possession, custody, or control of MediaLab.AI Inc. ("MediaLab"), regardless of whether such information is located within or outside of the United States, and including any messages, records, files, logs, or information that have been deleted but are still available to Facebook, or have been preserved pursuant to a request made under 18 U.S.C. § 2703(f), Facebook is required to disclose the following information to the government for the username listed in Attachment A:

1. All contact and personal identifying information, including first and last name, email address, birthdate, telephone numbers, account creation date, and any other identifying information;

2. All records of devices used to sign into the account and IP addresses used to access the account;

3. All activity logs for the account, including the transactional chat log, chat platform log, blocked user log, friends added log, group information log, group create log, group join logs, group leave logs, group transactional chat logs, group chat platform logs, and first chat platform log related to a content ID.

4. All email events, abuse reports, and other records pertaining to communications between Kik and/or MediaLab and any person regarding the user or the user's Kik account, including contacts with support services and records of actions taken.

5. The most current profile picture or background photo for the account.

6. All images and videos associated with the account.

7. Any web history associated with the account.

8. The contents of messages or other communications sent to or from the account, and the usernames associated with any communications sent to or from the account.

MediaLab is hereby ordered to disclose the above information to the government within 14 days of issuance of this warrant.

## II. Information to be Seized by the Government

All information described above in Section I that constitutes fruits, contraband, evidence, and instrumentalities of violations of 18 U.S.C. §§ 2252(a)(2) and (a)(4)(B) and 2252A(a)(2) and (a)(5)(B), including, for each account or identifier listed on Attachment A, information pertaining to the following matters:

1. Images or video constituting child pornography or child erotica;

2. Messages soliciting child pornography or discussing child pornography previously sent;

3. Messages describing the sexual abuse of minors;

4. Information that could reveal the identity of a minor used to produce child pornography;

5. Evidence indicating how and when the account was accessed or used, to determine the geographic and chronological context of account access, use, and events relating to the crime under investigation and to the account owner;

6. Evidence indicating the account owner's state of mind as it relates to the crime under investigation;

7. The identity of the person(s) who created or used the account, including records that help reveal the whereabouts of such person(s).

8. The identity of the person(s) who communicated with the account about matters relating to child pornography or the sexual abuse of minors, including records that help reveal their whereabouts.

This warrant authorizes a review of electronically stored information, communications, other records, and information disclosed pursuant to this warrant in order to locate evidence, fruits, and instrumentalities described in this warrant. The review of this electronic data may be conducted by any government personnel assisting in the investigation, who may include, in addition to law enforcement officers and agents, attorneys for the government, attorney support staff, and technical experts. Pursuant to this

*Attachment B: Items to be Searched for and Seized*
3:22-mj-00523-KFR
Page 3 of 4

Case 3:22-mj-00523-KFR    Document 1-3    Filed 12/09/22    Page 3 of 6

warrant, the FBI may deliver a complete copy of the disclosed electronic data to the custody and control of attorneys for the government and their support staff for their independent review.

*Attachment B: Items to be Searched for and Seized*
3:22-mj-00523-KFR

Page 4 of 4

# CERTIFICATE OF AUTHENTICITY OF DOMESTIC RECORDS PURSUANT TO FEDERAL RULES OF EVIDENCE 902(11) AND 902(13)

I, _____, attest, under penalties of perjury by the laws
*Name*

of the United States of America pursuant to 28 U.S.C. § 1746, that the information contained in this certification is true and correct. I am employed by _____
*Entity*

(hereinafter "the entity"), and my title is _____. I am qualified
*Title*

to authenticate the records attached hereto because I am familiar with how the records were created, managed, stored, and retrieved. I state that the records attached hereto are true duplicates of the original records in the custody of the provider. The attached records consist of

_____. I further state that:
*Generally describe records (pages/CDs or DVDs/megabytes)*

    a. all records attached to this certificate were made at or near the time of the occurrence of the matter set forth by, or from information transmitted by, a person with knowledge of those matters, they were kept in the ordinary course of the regularly conducted business activity of the entity, and they were made by the entity as a regular practice; and

    b. such records were generated by the entity's electronic process or system that produces an accurate result, to wit:

        1. the records were copied from electronic device(s), storage medium(s), or file(s) in the custody of the entity in a manner to ensure that they are true duplicates of the original records; and

        2. the process or system is regularly verified by the entity, and at all times pertinent to the records certified here the process and system functioned properly and normally.

I further state that this certification is intended to satisfy Rules 902(11) and 902(13) of the Federal Rules of Evidence.

| | |
|---|---|
| Date | Signature |